# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID KARCH, | § | |
| | § | |
| | § | Civil Action No. 4:17-CV-00114 |
| v. | § | (Judge Mazzant/Judge Johnson) |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2017, the report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that Motion to Dismiss (Dkt. #5) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Motion to Dismiss (Dkt. #5) is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED** this 20th day of April, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE